UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN D. ALVAREZ, | ) Case No. CV 13-6228 SJO(JC) |
| Petitioner, | ) |
| v. | ) ORDER ACCEPTING FINDINGS, |
| | ) CONCLUSIONS, AND |
| FRANK CHAVEZ, | ) RECOMMENDATIONS OF |
| | ) UNITED STATES MAGISTRATE |
| Respondent. | ) JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition"), the Motion to Dismiss the Petition and documents submitted in connection therewith, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The Court approves and accepts the Report and Recommendation.

IT IS ORDERED that the state-law predicates of all of petitioner's claims are dismissed without prejudice.

IT IS ALSO ORDERED that, as the Petition is "mixed," and as petitioner has not amended the Petition to delete his unexhausted claims by the deadline to file objections to the Report and Recommendation, the Motion to Dismiss is

///

granted, the Petition and this action are dismissed without prejudice and Judgment is to be entered accordingly.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Judgment and the Report and Recommendation on petitioner and on counsel for respondent.

IT IS SO ORDERED.

DATED: January 4, 2015

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE