UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUAN D. ALVAREZ, | ) | Case No. CV 13-6228 SJO(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| FRANK CHAVEZ, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed without prejudice.

DATED: January 4, 2015

_____
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT JUDGE